**No. 09-1400. The Laborers District Council Construction Industry Pension Fund, et al., Petitioners v. Omnicare, Inc., et al.**

562 U.S. 821, 131 S. Ct. 380, 178 L. Ed. 2d 15, 2010 U.S. LEXIS 6448.

October 4, 2010. The Acting Solicitor General is invited to a file brief in this case expressing the views of the United States.

Same case below, 583 F.3d 935.